IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Nancy L. Gavin, :
     Petitioner :
          :
   v.       :   No. 1751 C.D. 2016
          :
Unemployment Compensation :
Board of Review,     :
     Respondent :

## **O R D E R**

NOW, October 23, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

               _____
               MARY HANNAH LEAVITT,
               President Judge